UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Larry Junior Copeland**                **Docket No. 7:10-CR-66-1D**

### Petition for Action on Supervised Release

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Larry Junior Copeland, who, upon an earlier plea of guilty to Distribution of Five Grams or More of Cocaine Base, in violation 21 U.S.C. § 841(a)(1), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on June 9, 2011, to the custody of the Bureau of Prisons for a term of 216 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 96 months. On April 3, 2020, pursuant to 18 U.S.C. § 3582(c)(1)(B), Copeland's term of incarceration was reduced to 173-months, and his term of supervised release was reduced to 3 years.

Larry Junior Copeland was released from custody on August 10, 2022, at which time the term of supervised release commenced.

A violation report was submitted advising Copeland tested positive for marijuana on January 19, 2023. On January 30, 2023, the Court approved for supervision to continue.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 25, 2023, the defendant submitted to a urinalysis, which tested positive on an instant screening test for marijuana. When confronted with the results, Copeland admitted to using marijuana on October 24, 2023, and signed a drug admission form stating same. The sample was packaged for shipment to Abbott Laboratories for confirmation. Copeland was verbally reprimanded for his conduct and expressed remorse. To address the non-compliance, it is respectfully recommended that Copeland participate in Moral Recognition Therapy through Coastal Horizons Center in Wilmington, North Carolina, which will increase his likelihood of success on supervision. Additionally, he has agreed to return to outpatient substance abuse treatment with our contract vendor. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Larry Junior Copeland
Docket No. 7:10-CR-66-1D
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing
is true and correct.

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
Supervising U.S. Probation Officer

/s/ Jay Kellum
Jay Kellum
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5109
Executed On: October 27, 2023

### ORDER OF THE COURT

Considered and ordered this ____30____ day of ____October____, 2023, and ordered filed and
made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge